prayer letter

35,935-04
RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 07 2015
Abel Acosta, Clerk

To The Honovable Judge of The Texas court of criminal appeals, Here comes Before you Raymundo Melendez and prays that this court Finds that the El Paso Crime laB were Find IN NON-compliance. not only were there analyst not consitstant with proper protocol, But The main Question in which this court should Rule on is That the El Paso District Attorney office did notify Mr Raymundo Melendez About "ProBlems with The Crime-laB" What ProBlems? since the 168th District Court Didn't wanted, or see No Reason to investigate Further, in which The Midland drug laB tested and proved the substance was cocaine. But please RememBer one claim MR Melende made and not only Him but The Accredition company who solely Accredteds the El Paso Police department crime. They stated someone switch samples from one case to another and that The person was never discharge or taken away from his JoB. Dear Honovable Judge of This court I am truly emBarass to even call El Paso my city. In which They tried and Do a Switcheroo To This court By simply saying "oh. We send the cocaine to midland and that is OK cause it might be the same one oR it never was switch at all. Please RememBer Honovable Judge From said Court Jaime Esparza personally send me a letter to my appeal Attorney John Gates see exhibits. Also see Exhibit one which States: Hi Mr Gates: I have Not seen you in a long time. I hope that you are Doing Great. You Are the last

lawyer to represent him. You did his appeal. Now there are problems with the lab. See Attached. enjoy. Be well. merry christmas and Happy New year. Janet Burnett. The state claims I have no merit, But yet they send me that letter Exhibit one. Dear Honorable Judge of this court it's to my belief that the 168th District Court and the City of El Paso are hiding or are Afraid of Being Discover of misconduct or corruption Because it could cause the re-investigation of A lot of case's maybe Hundreds or even thousands. Please Remember the houston crime lab was found of Doing the same thing. But Got caught. I pray that this court Does something for Justice, liberty and Freedom and do away with corruption and tampering with Evidence which I Believe happen in this case. I cannot prove it without and proper investigation, But my point why was The El Paso Police crime-lab dis-credited that is The main focus this court must Ruled on Because yes they tested cocaine that went to Midland and had my Numbers and Id's on it, But upon A court order anyone could have switch it As claim on G.A.R.S Report Swith Samples, lab Being open. Please overturn my conviction on These grounds and Not on A cover-up thank you God Bless

Raymundo Melendez

# Drug case exonerations reach record high in 2014

*The Associated Press*

HOUSTON — The U.S. saw a record number of exonerations in 2014, and it was due in part to 33 cases in Texas in which individuals had their drug convictions dismissed after lab tests determined they never had illegal substances, a report released Tuesday shows.

The National Registry of Exonerations said 125 people falsely convicted of crimes were exonerated last year. That's 34 more than in 2013, the year with the previous highest total.

The registry is a project of the University of Michigan and Northwestern University law schools and has documented more than 1,500 such cases in the U.S. since 1989.

The breakdown in 2014 was typical of previous years, with homicides and sex crimes making up more than half with 65 cases. Texas had the most exonerations with 39. New York was second with 17.

But the big difference in 2014 was an increase in cases where individuals convicted of drug-related charges were exonerated by lab tests that showed they didn't have controlled substances, said Samuel Gross, a Michigan law professor and registry editor.

Of the 39 drug cases in the U.S. in 2014, Harris County in Texas — home to Houston — had 33 of them. In 2013, there were only 11 such exonerations in the U.S.

Inger Chandler, chief of the conviction review section with the Harris County District Attorney's Office, said there were inconsistent practices regarding how her office handled reviews of drug convictions.

Most of the 33 drug cases in Harris County in 2014 were ones where individuals pleaded guilty before a lab test was completed.

There were often delays in completing tests and even when they were finished, there could be additional delays in getting the results to prosecutors or defense attorneys.

Chandler said her office has since streamlined its procedures so that all reviews of these cases now go through her section.

When asked why someone would plead guilty to a crime they did not commit, Chandler replied, "That is the question of the day."

Chandler said she believes some of the individuals thought they did have drugs and "got a plea deal early in the process and wanted to move on."

There were also many individuals who because of their criminal history, faced higher punishment ranges if convicted at trial, she said.

"We are reviewing our internal processes taking a look at whether we need to wait for lab reports before allowing defendants to plead guilty," Chandler said.